# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kelvin Beaufort,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:10-cv-425-FDW
(3:05-cr-104)

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 1, 2011 Order.

Signed: March 1, 2011

Frank G. Johns, Clerk
United States District Court